IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MATTHEW JEWELL                                         PLAINTIFF

v.                  Civil No. 4:10-cv-04176

FORMER SHERIFF LINDA RAMBO; and
MILLER COUNTY, ARKANSAS                         DEFENDANTS

### ORDER

For the reasons stated in a memorandum opinion of even date, Defendants' motion for judgment on the pleadings (ECF No. 25) is **GRANTED** in part and **DENIED** in part. Specifically, it is **GRANTED** with respect to all official capacity claims.

**IT IS SO ORDERED** this **14th day of September 2011.**

                                                /s/ Barry A. Bryant
                                                HON. BARRY A. BRYANT
                                                UNITED STATES MAGISTRATE JUDGE