IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MATTHEW JEWELL                                                                                          PLAINTIFF

v.                              Civil No. 4:10-cv-04176

FORMER SHERIFF LINDA RAMBO                                                            DEFENDANT

## JUDGMENT

For the reasons stated in a memorandum opinion entered this same day, the Defendant's motion for summary judgment (ECF No. 44) is granted.  This case is dismissed with prejudice.

**DATED** this **6th day of March 2012.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE